```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

DENNIS HOOD,

                Petitioner,

                                                No. 05-CV-717
             v.                              (FJS/DRH)

R. WOODS,

                Respondent.

─────────────────────────────────────────────

APPEARANCES:                            OF COUNSEL:

DENNIS HOOD
Petitioner Pro Se
No. 03-A-4887
Fishkill Correctional Facility
Post Office Box 1245
Beacon, New York  12508

DENNIS HOOD
Petitioner Pro Se
No.03-A-4887
Auburn Correctional Facility
P.O. Box 618
Auburn, New York  13021

HON. ANDREW M. CUOMO              LUKE M. MARTLAND, ESQ.
Attorney General of the           FREDERICK H. WEN, ESQ.
    State of New York              Assistant Attorney General
Attorney for Respondents
120 Broadway
New York, New York  10271

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

    The Court has reviewed Magistrate Judge David R. Homer's January 10, 2007 Report-Recommendation and Order and the entire file in this matter, and no objections to said Report-

Recommendation and Order having been filed, it is hereby

**ORDERED,** that the Report-Recommendation and Order of Magistrate Judge David R. Homer filed January 10, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein, and it is further

**ORDERED,** that Petitioner's application for a writ of habeas corpus is **DENIED,** and it is further

**ORDERED,** that the Clerk of the Court serve a copy of this Order on Petitioner at both Fishkill Correctional Facility and at Auburn Correctional Facility[1].

**IT IS SO ORDERED.**

DATED: February 16, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

---

[1]   On January 22, 2007, the Court received a letter from Respondent's counsel advising the Court that "according to the New York State Department of Correctional Services website, Petitioner's current address appears to have changed to the Auburn Correctional Facility. . . ." See Dkt No. 21 at 1.  Counsel also sent a copy of this letter to the Petitioner at Auburn Correctional Facility.  See Dkt No. 21 at 2.

The Court reminds Petitioner that, under Local Rule 10.1(b, failure to notify the Court of a change of address may result in dismissal of the action.  See L.R 10.1(b).